IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PROFESSIONALS, INC., d.b.a. PROFESSIONALS AUTO BODY, ASSIGNEE/ POA, JOHN MILLER, | ) ) ) ) | CIVIL ACTION NO. 3:17-187 JUDGE KIM R. GIBSON |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| TEACHERS INSURANCE COMPANY, | ) ) | |
| Defendant. | ) | |

## ORDER

**AND NOW**, this 22nd day of January, 2018, Plaintiff having filed an amended complaint (ECF No. 10), **IT IS HEREBY ORDERED** that Defendant's motion to dismiss Plaintiff's initial complaint (ECF No. 7) is **DENIED** as moot.

BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE