IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROFESSIONALS, INC., d.b.a PROFESSIONALS AUTO BODY, ASSIGNEE/ POA, JOHN MILLER, <br><br> v. <br><br> TEACHERS INSURANCE COMPANY | CIVIL NO.3:17-cv-00187 <br><br> JUDGE KIM R. GIBSON |

## STIPULATED MOTION TO REMAND

AND NOW, this ____ day of _____, 2018, it is hereby stipulated by and between James R. Huff, II, Esquire, attorney for Plaintiffs, and Virginia King, Esquire, attorney for Defendant, that Plaintiffs' damages are capped at $75,000.00, exclusive of interest and costs, and that Plaintiff shall not be entitled to recover an award in excess thereof.

As the amount in controversy no longer exceeds the jurisdictional limit, it is further Stipulated that this matter shall be REMANDED to Blair County Court of Common Pleas upon consent and Order of this Court.

*s/James R. Huff, II, Esquire*
James R. Huff, II, Esquire
PA ID 33270
Forr, Stokan, Huff, Kormanski & Naugle
1701 Fifth Avenue
Altoona, PA 16602
(814) 946-4316
Fax: (814)-946-9426
jhuff@sfshlaw.com
Attorney for Plaintiffs

*s/Virginia King, Esquire*
Virginia King, Esquire
PA ID 202238
Goldberg, Miller & Rubin, PC
121 South Broad Street
Suite 1600
Philadelphia, PA 19107
(215) 735-3994
Fax: (215) 735-1133
vking@gmrlawfirm.com
Attorney for Defendant

BY THE COURT:

_____
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE